

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00018-CR
No. 02-22-00019-CR

THE STATE OF TEXAS, Appellant

V.

JOSEPH TURNER

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CR21-00132, CR21-00133

## ABATEMENT ORDER

We have considered "Motion To Abate Appeal In Order To Obtain Findings Of Fact And Conclusions Of Law."

The motion is **GRANTED**.

Accordingly, we abate this appeal and direct the trial court to prepare written findings of fact and conclusions of law.

The trial court shall file a record in this court on or before **Wednesday, July 27, 2022**. The record shall include a supplemental clerk's record containing the trial

court's findings of fact and conclusions of law and a supplemental reporter's record of any hearings on this matter. Upon our receipt of the supplemental record, the appeal of this cause shall be reinstated automatically without further order.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

Dated June 27, 2022.

Per Curiam